1
2  JS 6
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTER-NATIONAL TRAINING FUND,                   Plaintiffs,            vs.  WESTWIND MECHANICAL, INC, a California corporation; ANDREA MOYAL, an individual, AVI MOYAL, an individual, and PAUL SVANE, an individual,                   Defendants. | Case No.: CV 09-09475 DSF (VBKx)   **JUDGMENT** |

1
**JUDGMENT**

1   On application by plaintiffs for a default judgment pursuant to Fed. R. Civ. P.
2   55(b), and it appearing to the Court that the defaults of defendants Westwind
3   Mechanical, Inc, a California corporation; Andrea Moyal, an individual, and Paul
4   Svane, an individual, were entered on February 1, 2010, and for good cause shown,

5   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs,
6   Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund;
7   Trustees of the Southern California Pipe Trades Retirement Trust Fund; Trustees of the
8   Southern California Pipe Trades Defined Contribution Trust Fund; Trustees of the
9   Southern California Pipe Trades Vacation and Holiday Trust Fund; Trustees of the
10  Southern California Pipe Trades Christmas Bonus Fund; Trustees of the Apprentice
11  and Journeyman Training Trust Fund; Trustees of the Plumbers and Pipefitters
12  National Pension Fund; and Trustees of the International Training Fund, shall recover
13  from defendants Westwind Mechanical, Inc, a California corporation; Andrea Moyal,
14  an individual, and Paul Svane, an individual, jointly and severally, the total amount of
15  $38,397.65, together with post-judgment interest as provided by 28 U.S.C. § 1961(a).

16  IT IS FURTHER ORDERD, ADJUDGED, AND DECREED that Defendants
17  must submit the documents needed for the ongoing audit by Miller, Kaplan, Arase &
18  Co. regarding any additional sums they may owe Plaintiffs no later than June 7, 2010.

19              5/5/10
20  DATED: _____            _____
21                                           Dale S. Fischer
22                                           UNITED STATES DISTRICT JUDGE