UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 09-9475 DSF (VBKx) | Date | 8/19/10 |
|---|---|---|---|
| Title | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. v. Westwind Mechanical, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Contempt and Sanctions

On June 24, 2011, Magistrate Judge Victor B. Kenton ordered Defendant Paul Svane to appear at a hearing on July 26, 2011, and to produce certain documents for inspection and photocopying. (Docket No. 51.) Despite this order, Svane did not appear at the hearing. (Docket No. 55.) The Court orders Svane to show cause by August 29, 2011 why the Court should not find him in contempt and impose sanctions for his failure to appear. Plaintiffs may file a reply to Svane's response by September 6, 2011. The Court will hold a hearing on the matter on September 12, 2011 at 1:30 P.M.

IT IS SO ORDERED.