1

**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029

2
   Email: moorhead@luch.com

225 South Lake Avenue, Suite 200

3
Pasadena, California 91101-3030
Telephone: (626) 449-1882

4
Facsimile: (626) 449-1958

**FILED**
CLERK, U.S. DISTRICT COURT

2/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jl _____ DEPUTY

5
Attorneys for Plaintiffs, Trustees of the Southern California
Pipe Trades Health and Welfare Fund, et al.

6

7

8

**UNITED STATES DISTRICT COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

10

11
TRUSTEES OF THE SOUTHERN
CALIFORNIA PIPE TRADES HEALTH

12
AND WELFARE TRUST FUND;
TRUSTEES OF THE SOUTHERN

13
CALIFORNIA PIPE TRADES
RETIREMENT TRUST FUND;

14
TRUSTEES OF THE SOUTHERN
CALIFORNIA PIPE TRADES

15
DEFINED CONTRIBUTION TRUST
FUND; TRUSTEES OF THE

16
SOUTHERN CALIFORNIA PIPE
TRADES VACATION AND HOLIDAY

17
TRUST FUND; TRUSTEES OF THE
SOUTHERN CALIFORNIA PIPE

18
TRADES CHRISTMAS BONUS FUND;
TRUSTEES OF THE APPRENTICE

19
AND JOURNEYMAN TRAINING
TRUST FUND; TRUSTEES OF THE

20
PLUMBERS AND PIPEFITTERS
NATIONAL PENSION FUND; and

21
TRUSTEES OF THE INTER-
NATIONAL TRAINING FUND,

22

23
        Plaintiffs,

24
   vs.

25
WESTWIND MECHANICAL, INC, a
California corporation; ANDREA

26
MOYAL, an individual, AVI MOYAL,
an individual, and PAUL SVANE, an

27
individual,

        Defendants.

28

CASE NO: 2:09-cv-09475-DSF-VBK

**RENEWAL OF JUDGMENT BY CLERK**

[CAL. CODE CIV. PROC. §§ 683.110-683.220; FED. R. CIV. PROC. RULE 69]

[NO HEARING REQUIRED]

Judgment was entered on May 7, 2010, in the amount of $38,397.65, plus post-judgment interest as provided by law, in favor of Plaintiffs / Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund; Trustees of the Southern California Pipe Trades Retirement Trust Fund; Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund; Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund; Trustees of the Southern California Pipe Trades Christmas Bonus Fund; Trustees of the Apprentice and Journeyman Training Trust Fund; Trustees of the Plumbers and Pipefitters National Pension Fund; and Trustees of the International Training Fund ("Trustees"), and against Defendants / Judgment Debtors, Westwind Mechanical, Inc., a California corporation ("Westwind"), Andrea Moyal, an individual, and Paul Svane, an individual, jointly and severally.

On September 7, 2011, Andrea Moyal filed a petition under Chapter 7 of the Bankruptcy Code and on December 21, 2011, she received a discharge of her debts. **The Trustees do not seek renewal of the judgment against Andrea Moyal.**

An Abstract of Judgment was recorded in San Diego County on May 26, 2010, as Instrument Number 2010-0263493

NOW, upon application for renewal of judgment by Trustees, and upon declaration showing that Westwind and Paul Svane have failed to satisfy the total amount of said judgment and are indebted to the Trustees,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment against Westwind Mechanical, Inc., a California corporation, and Paul Svane, an individual, jointly and severally, be renewed in the amount of $39,860.70, as follows:

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| a. | Judgment | | $38,397.65 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Interest after judgment computed from | | |
|   | 05/07/2020 through 02/10/2020 at 0.39% | $ | 1,463.05 |
| d. | Less Credits | $ | 0.00 |
| e. | Total Renewed Judgment | | $39,860.70 |

Dated: February 18, 2020

Kiry Gray

CLERK OF THE COURT

/s/ Jenny Lam
Deputy Clerk